## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: ) | | |
| MICHELA CRUMP, ) | | Case No. 21-12875-SAH |
|         Debtor ) | | Chapter 7 |
| _____ ) | | |
| IAN'S ENTERPRISE, LLC ) | | |
| ) | | |
|         Plaintiff, ) | | |
| vs. ) | | Adv. Pro. 22-1006 |
| ) | | |
| MICHELA CRUMP, ) | | |
| ) | | |
|         Defendant. ) | | |

### RETURN OF SERVICE

I certify that I served the *Complaint* filed on January 21, 2022, and the *Summons In An Adversary Proceeding* issued on January 21, 2022, to Defendant, Michela Crump, by mailing copies of the same via first-class mail on January 25, 2022 to Defendant, Michela Crump at the address listed on the Voluntary Petition in the underlying bankruptcy case, which is:

439 W. Silverwood Drive, Apt. 256
Oklahoma City, OK 73110

And to Defendant's counsel in the underlying bankruptcy case, Alexander Hilton, III, by mailing copies of the same via first-class mail on January 25, 2022, to the following address:

Alexander Hilton, III
Alexander Hilton & Associates
6440 Avondale Drive
Suite 201
Oklahoma City, OK 73116

                                          Respectfully Submitted,

                                          /s/ Amanda R. Blackwood
                                          Amanda R. Blackwood, OBA #33839
                                          BLACKWOOD LAW FIRM, PLLC
                                          PO Box 6921
                                          Moore, OK 73153
                                          405.232.6357 -Telephone
                                          405.378.4466 – Facsimile
                                          amanda@blackwoodlawfirm.com – Email
                                          **ATTORNEY FOR PLAINTIFF**