**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE:<br>MICHELA CRUMP,<br>Debtor | Case No. 21-12875-SAH<br>Chapter 7 |
| IAN'S ENTERPRISE, LLC<br>Plaintiff,<br>vs.<br>MICHELA CRUMP,<br>Defendant. | Adv. Pro. 22-1006 |

## AFFIDAVIT OF AMANDA R. BLACKWOOD

STATE OF OKLAHOMA )
). ss.
COUNTY OF OKLAHOMA )

I, Amanda R. Blackwood, being of lawful age and having first been duly sworn upon oath, state:

1. I am an attorney of record for Plaintiff, Ian's Enterprise, LLC in the above-referenced adversary proceeding. I am authorized to make this Affidavit and have personal knowledge of the facts stated herein.

2. Plaintiff filed the *Complaint* against Defendant, Michela Crump ('Defendant") on January 21, 2022. A *Summons In An Adversary Proceeding* was duly issued to Defendant by the Clerk of the Bankruptcy Court on January 21, 2022.

3. As evidenced by the Return of Service filed on April 7, 2022, Defendant was properly served with the *Complaint* and *Summons In An Adversary Proceeding* by by serving Defendant via first-class mail to Defendant on January 25, 2022.

4. As evidenced by the Return of Service filed on April 7, 2022, Alexander Hilton, III, the attorney of record for Defendant in the underlying bankruptcy case, was properly served with a copy of the *Complaint* and *Summons In An Adversary Proceeding* by serving Defendant via first-class mail to Defendant on January 25, 2022.

5. Pursuant to Federal Rule of Bankruptcy Procedure 7012, Defendant had thirty (30) days to answer the *Complaint.* The time for Defendant to answer or otherwise respond to the *Complaint* has now expired. Defendant has not filed an answer or otherwise responded to the *Complaint.*

6. Defendant is not a minor, nor an incompetent person.

7. Pursuant to 50 U.S.C.A. App. § 521, after having conducted a reasonable inquiry into the military service status of the Defendant in this matter, the undersigned attorney declares that based on the records kept by the Department of Defense Manpower Data Center, it appears that Defendant is not in military service as defined by the Servicemembers' Civil Relief Act of 2003, 50 U.S.C. §§ 3901-4043 (See attached Military Status Reports).

FURTHER AFFIANT SAITH NOT.

AMANDA R. BLACKWOOD

Subscribed and sworn to before me, the undersigned Notary Public, on this 1 day of April, 2022.

Notary Public

(SEAL)

NOTARY SEAL PUBLIC
BEVERLY HANCOCK
Notary Public
State of Oklahoma
Commission # 07009908 Expires 10/25/23