**FILED**
4:45 pm, Apr 11 2022
Douglas E. Wedge, Clerk
U.S. Bankruptcy Court
Western District of Oklahoma
Deputy _____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

IN RE:

Michela Crump,

Case No.   21-12875SAH

Debtor(s).

Chapter 7

Ian's Enterprise, LLC

Plaintiff(s),

vs.

Adversary No.   22-01006SAH

Michela Crump,

Defendant(s).

### ENTRY OF DEFAULT

It appears from the record that the following defendants failed to plead or otherwise defend in this case as required by law:   Michela Crump   . Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

FOR THE COURT
Douglas E. Wedge
Court Clerk

By: _____
Deputy Clerk



April 11, 2022

4:45 pm, Apr 11 2022