IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br>MICHELA CRUMP,<br>　　　　　Debtor | )<br>)　Case No. 21-12875-SAH<br>)　Chapter 7<br>) |
| IAN'S ENTERPRISE, LLC<br>　　　　　Plaintiff,<br>vs.<br>MICHELA CRUMP,<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Adv. Pro. 22-1006<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF IAN RUPERT

STATE OF OKLAHOMA　)
　　　　　　　　　　) ss.
COUNTY OF OKLAHOMA )

　　Ian Rupert, being of lawful age and having first been duly sworn upon oath, state:

1. My name is Ian Rupert. I am the corporate representative for Ian's Enterprise, LLC.

2. I am personally familiar with the matters stated in this Affidavit and the documents referenced herein.

3. I am competent to testify regarding the matters stated herein.

4. I have read the *Complaint* filed on January 21, 2022, and all allegations and statements in the same are hereby incorporated into this Affidavit, and the same are true and correct.

5. I have read the *Motion for Default Judgment With Brief In Support and Notice of Opportunity for Hearing,* and all allegations and statements in the same are incorporated into this Affidavit. Further, I have reviewed the exhibits attached to the *Motion,* and the same are true and correct.

FURTHER AFFIANT SAITH NOT.

_____
IAN RUPERT

Subscribed and sworn to before me, the undersigned Notary Public, on this 20th day of April, 2022.

(SEAL)

_____
Notary Public



SHAWNA PARKER
Notary Public in and for the
State of Oklahoma
Commission #19003917
My Commission expires 4/16/2023