

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

DEC 13 2016

RICK WARREN
COURT CLERK

30_____

IN THE DISTRICT COURT FOR OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| IAN'S ENTERPRISE, LLC, an Oklahoma limited liability company, </br></br> Plaintiff, </br></br> v. </br></br> MICHELA D. CRUMP, an individual, </br></br> Defendant. | ) ) ) ) ) ) Case No. CJ-2016-4945 ) ) ) ) ) |

## JOURNAL ENTRY OF JUDGMENT

On this 13th day of December, 2016, the Plaintiff appears by its attorney, Jay P. Moisant.

The Court examined the Court's file and **FINDS**:

1. The Defendant has been served with a Summons and Petition in accordance with the statutes, but Defendant has failed to answer and is in default.

2. That the Court has jurisdiction of the cause, subject matter, parties, and issues.

3. That all of the material allegations as set forth in Plaintiff's Petition are true.

4. The Plaintiff is also entitled to recover its principal, interests, costs, and a reasonable attorney's fee for the use and benefit of its attorney, Jay P. Moisant, all as set forth below.

The Court, having reviewed the facts in the affidavit of military service that was submitted by the Plaintiff in compliance with 50 U.S.C. § 501 *et seq.*, finds based on the affidavit, that the Defendant was not on active duty in the armed services at the time the Petition was filed. The Court finds that a bond shall not be required to be posted by the Plaintiff and that the Defendant has not made an application for counsel to be appointed. The Court also finds that the Defendant would not be prejudiced in defending against the Plaintiff's Petition and that the

Exhibit
D

Court waives appointment on behalf of the Defendant. The Court further finds that the Defendant would not be otherwise prejudiced by granting Plaintiff's Journal Entry of Judgment.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff is awarded judgment against Defendant, Michela D. Crump, in the amounts of (1) $1,600.00, with interest accruing thereon at the rate of ten percent (10%) per annum; and (2) $15,192.72, plus pre-judgment and post-judgment interest thereon, with an attorney's fee of $1,500.00 for the use and benefit of its attorney, Jay P. Moisant, and for costs accrued of $373.66, together with all future costs accruing, for all of which let execution issue.

_Patricia G. Parrish_
Judge of the District Court

APPROVED:

Jay P. Moisant, OBA #19682
14453 SE 29th Street, Suite B
Choctaw, Oklahoma 73020
Phone: 405.886.2310
Fax:    405.622.4062
jay@lawiw.com
*Attorney for Plaintiff*

## CERTIFICATE OF MAILING

This is to certify that on the date this pleading was filed with the court clerk, a true and correct copy of the above and foregoing was mailed, postage prepaid, to:

Michela D. Crump
112 NW 81st Street
Oklahoma City, OK 73114



IN THE DISTRICT COURT OF __Oklahoma__ COUNTY, STATE OF OKLAHOMA

DISTRICT COURT
OKLAHOMA COUNTY
OCT - 4 2021
RICK WARREN
COURT CLERK
125 _____

Ian's Enterprise, LLC )
                     )
        Plaintiff,   )
                     )
vs.                  )
                     )
Michela D Crump      )
                     )   Case No. __CJ-2016-4945__
        Defendant.   )

## NOTICE OF RENEWAL
## OF JUDGMENT AND JUDGMENT LIEN

1. Notice is given of renewal of the Judgment that was rendered and filed in this action as follows:

    a. Date of Judgment, Filed or Rendered: __12/13/2016__

    b. Against Judgment Debtor: __Michela D Crump__

    c. Judgment Creditor: __Ian's Enterprise, LLC__

2. If applicable, that a Notice of Renewal of Judgment has been previously filed with the Court Clerk on: _____.

_____
Signature of Judgment Creditor

Approved by:
Signature: _____  Ian Rupert
Print Name: Ian's Enterprise, LLC
Address:    9450 SW Gemini Dr. #39525
            Beaverton, OR 97008-7105
Phone:      (405) 622-8679 | Fax (405) 622-8677
Email:      Support@IansEnterprise.com
            Judgment Creditor.

_____
Attorney for Judgment Creditor.

**Judgment Creditor**: The original of the Notice is to be filed in the case. A certified copy of this Notice of Renewal of Judgment must be filed in the office of the County Clerk for any county in which a judgment lien is sought to be retained.

TF00428743 - 1708 - Crump

Exhibit C

IN THE DISTRICT COURT OF __Oklahoma__ COUNTY, STATE OF OKLAHOMA

Ian's Enterprise, LLC )
_____ )
**Plaintiff,** )
)
vs. )
)
Michela D Crump )
)
_____ )
**Defendant.** )
) Case No. __CJ-2016-4945__

**SUBPOENA DUCES TECUM**
**FOR PRODUCTION OF DOCUMENTS AND THINGS**

STATE OF OKLAHOMA )
) SS:
COUNTY OF __Oklahoma__ )

To: Partners Human Resources Co.

**GREETINGS** – You are Hereby Commanded to produce and permit inspection, copying, testing or sampling of designated books, documents, electronically stored information or tangible things in your possession, custody or control, in person at the local offices of: __J. P. Moisant, OBA #19682__ by requesting an appointment, or by mail to: __Legal Department__   __9450 SW Gemini Dr. #39525  Beaverton, OR 97008-7105__, by 5:00 p.m. on or before the __6th__ day of __January__, 20__17__, the following and not depart without leave of the court:

This Subpoena pertains only to the following individual(s):

| | Name | SSN | DOB |
|---|---|---|---|
| 1. | Michela D Crump | 522-9█-4917 | 11/04/1993 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Copies of any and all of the following documents:

   1. Applications, whether for an Account, Credit, Rental, Employment or any other purpose;

   2. List of All Employers* on-file with Employee ID, Start Dates and Termination Dates;
      *Active, Inactive, Present and Former dated in the last 12 months;
   3. Landlord Verifications, Employment Verifications, and Reference Checks;

   4. Paystubs, Direct Deposit Authorizations, W-9 Forms, 1099 Forms, and Tax Returns;

   5. 12 Months of Earnings History for All Employers*, up to and including the most recent activity;

   6. Front and Back, Cleared Copies of most recent 12 Check Payments;

TF00428743 - 1708 - Crump
Exhibit

It is not necessary for you to appear in person with the described records; rather, it is acceptable for you to send an accurate copy of the records to: __Legal Department__ by priority or overnight mail with tracking to: __9450 SW Gemini Dr. #39525      Beaverton, OR 97008-7105__, in time for the records to be received by the date set forth in this Subpoena, together with a signed Affidavit of Authenticity (see attached) noting that the records are true and correct copies of all such records in your possession, custody or control.

**In order to allow objections to the production of documents and things to be filed, you should not produce them until the date specified in this subpoena, and if an objection is filed, until the court rules on the objection.**

You are further notified that this Subpoena, issued by the undersigned Attorney as an Officer of the Court, has the same legal force and effect as a Subpoena issued by the Court Clerk as provided by 12 O.S. §2004.1(A)(4).

Hereof Fail Not under penalty of law.

Issued on this __23rd__ day of __December__, 20__16__.

Approved by:
Signature: _(signature)_                                  _(signature)_

| | | |
|---|---|---|
| Print Name: | Ian's Enterprise, LLC | J. P. Moisant, OBA #19682 |
| Address: | 9450 SW Gemini Dr. #39525 | 14453 SE 29th St, Ste B |
| | Beaverton, OR 97008-7105 | Choctaw, OK 73020 |
| Phone: | (405) 622-8679 | Fax (405) 622-8677 | (405) 886-2310 |
| Email: | Support@IansEnterprise.com | JayPMoisant@hotmail.com |
| | Judgment Creditor. | Attorney for Judgment Creditor. |

## CERTIFICATE OF MAILING

I hereby certify that on the __23rd__ day of __December__, 20__16__, a true, correct, and exact copy of the preceding Subpoena Duces Tecum was mailed to the following, with proper postage thereon fully prepaid:

      

Michela Crump
112 NW 81st St
Oklahoma City OK 73114-3202

Partners Human Resources Co.
R/A Roger D Rock
3420 N Santa Fe Ave
Oklahoma City OK 73118-8809



Judgment Creditor.

IN THE DISTRICT COURT OF __Oklahoma__ COUNTY, STATE OF OKLAHOMA

Ian's Enterprise, LLC )
_____ )
             **Plaintiff,** )
vs. )
Michela D Crump )
_____ )
             **Defendant.** )
) Case No. __CJ-2016-4945__

**SUBPOENA DUCES TECUM**
**FOR PRODUCTION OF DOCUMENTS AND THINGS**

STATE OF OKLAHOMA )
) SS:
COUNTY OF __Oklahoma__ )

To: CS Management, LLC _____

GREETINGS – You are Hereby Commanded to produce and permit inspection, copying, testing or sampling of designated books, documents, electronically stored information or tangible things in your possession, custody or control, in person at the local offices of: __Ian's Enterprise, LLC__ by requesting an appointment, or by mail to: __Legal Department     9450 SW Gemini Dr. #39525  Beaverton, OR 97008-7105__, by 5:00 p.m. on or before the __9th__ day of __April__, 20 __18__, the following and not depart without leave of the court:

This Subpoena pertains only to the following:

| Name | SSN/TIN | DOB |
|---|---|---|
| Michela D Crump | 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 | 11/04/1993 |

Copies of any and all of the following documents, but only if dated on or after __01/01/2013__:

    1. Applications*, whether for an Account, Credit, Rental, Employment or any other purpose;
       *Active, Inactive, Opened, Closed, Approved, Declined, Internal and External
    2. List of All Accounts* on-file with Account Numbers, Opened Dates and Closed Dates;
    3. Landlord Verifications, Employment Verifications and Reference Checks;
    4. Paystubs, Direct Deposit Authorizations, Tax Returns, I-9, W-9, W-2 and 1099 Forms;
    5. Front and Back, Cleared** Copies of most recent 12 Check Payments and 12 Check Deposits;
       **Endorsed or Written by Subject and Paid or Cashed, and maintained by your bank
    6. 12 Months of Statements for All Accounts*, up to and including the most recent activity;

TF00428743 - 1708 - Crump

It is not necessary for you to appear in person with the described records; rather, it is acceptable for you to send an accurate copy of the records to: __Legal Department__ by priority or overnight mail with tracking to: __9450 SW Gemini Dr. #39525     Beaverton, OR 97008-7105__, in time for the records to be received by the date set forth in this Subpoena, together with a signed Affidavit of Authenticity (see attached) noting that the records are true and correct copies of all such records in your possession, custody or control.

**In order to allow objections to the production of documents and things to be filed, you should not produce them until the date specified in this subpoena, and if an objection is filed, until the court rules on the objection.**

Hereof Fail Not under penalty of law.

**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed the seal of the District Court of said County this __27th__ day of __March__, 20__18__.

| | | |
|---|---|---|
| Approved by: Signature: | _[signature]_ | ___Rick Warren___, **COURT CLERK** By: _[signature]_ |
| Print Name: | Ian's Enterprise, LLC | |
| Address: | 9450 SW Gemini Dr. #39525 | |
| | Beaverton, OR 97008-7105 | |
| Phone: | (405) 622-8679 | Fax (405) 622-8677 | |
| Email: | Support@IansEnterprise.com | |
| | Judgment Creditor. | |

## CERTIFICATE OF MAILING

I hereby certify that on the __27th__ day of __March__, 20__18__, a true, correct, and exact copy of the preceding Subpoena Duces Tecum was mailed to the following, with proper postage thereon fully prepaid:

       

Michela Crump
14 SE 45th St
Oklahoma City OK 73129-3227

CS Management, LLC
R/A Gary D Brooks
2217 Lone Oak Way
Edmond OK 73034-4291

_[signature]_

Judgment Creditor.

 Gmail

Company Wide InfoSync <infosync@iansenterprise.com>

## (no subject)
2 messages

**Michela Crump** <michelacrump@gmail.com>  Tue, Nov 24, 2015 at 12:51 PM
To: Docs@iansenterprise.com

2 attachments



IMG_2521.jpg
136K

IMG_2522.jpg
179K

**Michela Crump** <michelacrump@gmail.com>  Tue, Nov 24, 2015 at 12:58 PM
To: "Docs@iansenterprise.com" <Docs@iansenterprise.com>

On Tuesday, November 24, 2015, Michela Crump <michelacrump@gmail.com> wrote:



IMG_2525.jpg
231K

Exhibit
E

••••• Sprint LTE 12:57 PM

Done sharp@cstonedev.com_20150...

```
PARTNERS HUMAN RESOURCES - Legend V (1156)           Voucher #: 043446   Sort Order: 33
Employee Information      Check      Soc-Sec-Num   Period Start   Period End    Check No.
                          Date                     Date           Date
Michela Crump  - (R05392) 04-23-2015  xxx-xx-4917  04-07-2015     04-20-2015    00137019
Federal Tax- Status: M  Allowances: 1              State Tax- Status: M  Allowances: 1

          CURRENT EARNINGS DETAIL                          DEDUCTIONS / TAXES
Charge   Description    Rate    Hours/  Amount         Description    Amount    Y-T-D
Date                            Units

04-20-2015 REGULAR PAY  13.4615  80.00  1076.92        LIFE INSURAN    8.45     65.20
04-20-2015 COMMISSION  790.0000   1.00   790.00        HOLIDAY SAVI    5.00     40.00
-          HOLIDAY        -        -       -           VISION 125      0.86      6.88
-          PAID TIME OFF  -        -       -           FEDERAL TAX   171.74    702.39
-          BONUS          -        -       -           MEDICARE       27.06    147.13
                                                       SOC SECURITY  115.70    629.12
                                                       STATE TAX      55.00    195.00

          Totals:               81.00  1866.92

Type       DIRECT DEPOSIT                          Net Pay
           ACCOUNT         Amount
CHECKING   81578           1483.11                  1483.11

                                                    Net Pay YTD
                                                    8368.20

          Totals:                1483.11                Totals:   383.81   1785.72

          Y-T-D EARNINGS                PAID TIME OFF            EMPLOYER CONTRIBUTIONS
Description          Amount    Description       Balance   Description      Amount   Y-T-D
REGULAR PAY          7124.92                                VISION VSP       3.45    27.60
HOLIDAY                96.00
COMMISSION           2355.00
PAID TIME OFF         528.00
BONUS                  50.00

          Totals:   10153.92                                       Totals:   3.45    27.60
```

mvQuery Version: PHR_CHECK_PRINTING 004

CS Management                                                           00137019
                                                          04-23-2015
PARTNERS HUMAN RESOURCES
3420 N. SANTA FE
OKLAHOMA CITY, OK 73118
                                                                        AMOUNT
                                                                        ** VOID **
Pay: Non-negotiable

**Non-Negotiable**

To the   Michela Crump
Order of:
         7321 Melrose Ln Apt. D
         Oklahoma City, OK 73127

●●●○○ Sprint LTE         12:11 PM             

Done  sharp@cstonedev.com_20150...

MICHELA CRUMP

1920 E. 2ND

· Surviving Spouse, $10

EDMOND, OK 73034

| period | year to date | Other Benefits and Information | this period | total to date |
|---|---|---|---|---|
| 61.33 | 13,445.32 | | | |
| 7.50 | 30.00 | Gtl | 1.38 | 5.52 |
| | 674.42 | Safe Harbor | 117.65 | 470.60 |
| | 14,149.74 | | | |

| | |
|---|---|
| 77.69 | 1,611.94 |
| 06.72 | 826.88 |
| 48.34 | 193.38 |
| 31.00 | 558.00 |

| | |
|---|---|
| -1.00* | 4.00 |
| 35.00* | 140.00 |
| -7.00 | 28.00 |
| 01.68* | 806.72 |
| | 674.42 |

30.40

©1998, 2006, ADP, LLC All Rights Reserved.

le wages

is period are

COPY

▼ TEAR HERE

Done sharp@cstonedev.com_20150... 

Additional Tax

| Earnings | rate | hours | this period | year to date | Other Be |
|---|---|---|---|---|---|
| Regular | 3361.33 | 86.67 | 3,361.33 | 13,445.32 | Informati |
| Fitness | | | 7.50 | 30.00 | Gif |
| Hlth Ins Ihc | | | | 674.42 | Safe Harb |
| **Gross Pay** | | | **3,368.83** | 14,149.74 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -377.69 | 1,611.94 |
| | Social Security Tax | -206.72 | 826.88 |
| | Medicare Tax | -48.34 | 193.38 |
| | OK State Income Tax | -131.00 | 558.00 |
| | **Other** | | |
| | Dental+Vision | -1.00* | 4.00 |
| | Gold Plan | -35.00* | 140.00 |
| | Optional Life | -7.00 | 28.00 |
| | 401K | -201.68* | 806.72 |
| | Hlth Ins Ihc | | 674.42 |
| **Net Pay** | | **2,360.40** | |
| Checking 1 | | -2,360.40 | |
| **Net Check** | | **0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,132.53



# sharp@cstonedev.com_20160111_185654.pdf

email: "michelacrump@gmail.com Michela"     Tuesday, January 12, 2016 at 12:22:19 PM New Zealand Daylight Time
To: email: "support@iansenterprise.com support@iansenterprise.com"

**Attachments:**

**sharp@cstonedev.com_20160111_185654.pdf** 134k

PARTNERS HUMAN RESOURCES - Legend V (1156)   Voucher #: 048632   Sort Order: 35

**Employee Information**

| | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| Michela Crump - (R05392) | 12-31-2015 | XXX-XX-4917 | 12-15-2015 | 12-28-2015 | 00162758 |

Federal Tax- Status: M   Allowances: 1
State Tax- Status: M   Allowances: 1

**CURRENT EARNINGS DETAIL**

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 12-28-2015 | REGULAR PAY | 13.4615 | 48.00 | 646.15 |
| 12-28-2015 | PAID TIME OFF | 13.4615 | 24.00 | 323.08 |
| 12-28-2015 | HOLIDAY | 13.4615 | 8.00 | 107.69 |
| - | COMMISSION | - | - | - |
| - | BONUS | - | - | - |

**DEDUCTIONS / TAXES**

| Description | Amount | Y-T-D |
|---|---|---|
| LIFE INSURAN | 8.45 | 217.30 |
| VISION 125 | 0.00 | 20.64 |
| FEDERAL TAX | 59.23 | 2407.48 |
| MEDICARE | 15.62 | 502.58 |
| SOC SECURITY | 66.77 | 2148.95 |
| STATE TAX | 14.00 | 677.00 |

Totals:   80.00   1076.92

**DIRECT DEPOSIT**

| Type | Account | Amount |
|---|---|---|
| CHECKING | 81578 | 912.85 |

Net Pay: 912.85
Net Pay YTD: 28707.22

Totals: 912.85   Totals: 164.07   5973.95

**Y-T-D EARNINGS**

| Description | Amount |
|---|---|
| REGULAR PAY | 25324.88 |
| HOLIDAY | 634.45 |
| COMMISSION | 7390.00 |
| PAID TIME OFF | 1281.84 |
| BONUS | 50.00 |

**PAID TIME OFF**

| Description | Balance |
|---|---|

**EMPLOYER CONTRIBUTIONS**

| Description | Amount | Y-T-D |
|---|---|---|
| VISION VSP | 0.00 | 82.80 |

Totals: 34681.17   Totals: 0.00   82.80

mvQuery Version: PHR_CHECK_PRINTING 004

CS Management   00162758

PARTNERS HUMAN RESOURCES
3420 N. SANTA FE
OKLAHOMA CITY, OK 73118

12-31-2015

**Non-Negotiable**

AMOUNT
** VOID **

Pay: Non-negotiable

To The Order Of:   Michela Crump
7321 Melrose Lane
Oklahoma City, OK 73127

# No subject

email: "michelacrump@gmail.com Michela Crump"
To: email: "Teresita@iansenterprise.com"

Wednesday, January 6, 2016 at 4:49:47 PM New Zealand Daylight Time

Attachments:
IMG_2525.jpg 230k



```
PARTNERS HUMAN RESOURCES - Legend v (1156)                       Voucher #: 043446   Sort Order: 33
Employee Information         Check       Soc-Sec-Num   Period Start   Period End    Check No
                              Date                        Date            Date
Michela Crump  - (R05392)   04-23-2015   xxx-xx-4917   04-07-2015    04-20-2015    00137019
Federal Tax- Status: M   Allowances: 1                  State Tax- Status: M   Allowances: 1

            CURRENT EARNINGS DETAIL                        DEDUCTIONS / TAXES
Charge   Description      Rate   Hours/  Amount       Description      Amount      Y-T-D
 Date                            Units
04-20-2015 REGULAR PAY   13.4615  80.00  1076.92      LIFE INSURAN       8.45      65.20
04-20-2015 COMMISSION   790.0000   1.00   790.00      HOLIDAY SAVI       5.00      40.00
-          HOLIDAY          -       -       -         VISION 125         0.86       6.88
-          PAID TIME OFF    -       -       -         FEDERAL TAX      171.74     702.39
-          BONUS            -       -       -         MEDICARE          27.06     147.13
                                                      SOC SECURITY     115.70     629.12
                                                      STATE TAX         55.00     195.00

                 Totals:          81.00  1866.92

           DIRECT DEPOSIT
Type         Account          Amount         Net Pay
CHECKING     81578           1483.11         1483.11

                                             Net Pay YTD
                                             8368.20

                 Totals:          1483.11                 Totals:     383.81    1785.72

       Y-T-D EARNINGS                PAID TIME OFF          EMPLOYER CONTRIBUTIONS
Description       Amount       Description    Balance    Description    Amount     Y-T-D
REGULAR PAY       7124.92                                 VISION VSP       3.45     27.60
HOLIDAY             96.00
COMMISSION        2355.00
PAID TIME OFF      528.00
BONUS               50.00

                 Totals:      10153.92                            Totals:   3.45    27.60
```

mvQuery Version: PHR_CHECK_PRINTING 004

CS Management                                                                    00137019
                                                           04-23-2015
PARTNERS HUMAN RESOURCES
3420 N. SANTA FE                                                                  AMOUNT
OKLAHOMA CITY, OK 73118                                                        ** VOID **

Pay: Non-negotiable

To the    Michela Crump
Order Of: 7321 Melrose Ln Apt. D
          Oklahoma City, OK 73127

**Non-Negotiable**

**Shawn Owens**
___

To Whom it may Concern:

Regarding CASE NO. CJ-2016-4945, subpoena for Production of Documents/Information.

No record for employee Michela D. Crump, social security number ▮▮▮-▮▮-4917 exists in our system. Therefore the person indicated in your notice does not and has not been employed by Partners in any capacity.

Please contact us if you have any further questions.

*[signature]*



**Partners**

*Shawn Owens - Payroll Division*
*Admin. Services Specialist*
*3420 N. Santa Fe - Oklahoma City, OK 73118*
*(P) 405.917.1020 x.228 (f) 405.972.4777*
*sowens@partners-hr.com*

SOME HELPFUL FORMS
<u>DIRECT DEPOSIT</u> / <u>2016 W4</u> / <u>I-9</u>

Exhibit
F



Ian Rupert <ian@iansenterprise.com>

## 20180327_Followup on Subpoena to Partners Human Resource Co. - vs Michela Crump

2 messages

---

**Ian Rupert** <ian@iansenterprise.com>    Tue, Mar 27, 2018 at 2:20 PM
To: sowens@partners-hr.com

Mr. Owens,

Let this email serve as confirmation to our phone call today.

As advised, your firm responded to our 12/23/2016 Subpoena requesting records for Michela Crump, stating no records exist.

Since then, we reviewed our records and uncovered paystubs with your company name and employer CS Management listed. Both the subpoena response and paystub found are attached.

Please explain. Obviously, we now also need the requested records and promptly.

Sincerely,

Ian Rupert, Chief Insight Analyst
Mobile: (405) 622-8721
Email: Ian@IansEnterprise.com

Ian's Enterprise, LLC
Headquarters in Choctaw, Oklahoma

National Support Center
9450 SW Gemini Dr #39525
Beaverton, OR 97008-7105
Main: (405) 622-8679 | (855) 622-8679
Fax: (405) 622-8677 | (855) 622-8679
Email: Support@IansEnterprise.com
Website: http://IansEnterprise.com

Nothing in this letter is intended to be, nor should be construed by you, an estoppel or waiver of any rights, terms, conditions, or defenses to any contract.

***** CONFIDENTIAL: You are hereby notified that any use, disclosure, copying, or distribution of the contents of this information is strictly prohibited and may result in legal action against you. This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended recipient/addressee, please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. *****

**2 attachments**

- 📄 **Subpoena Response from Partners Human Resource Co..pdf**
  363K

- 📄 **Michela Crump_Current Paystub from CS Management.pdf**
  130K

---

**Shawn Owens** <sowens@partners-hr.com>    Tue, Mar 27, 2018 at 3:56 PM
To: Ian Rupert <ian@iansenterprise.com>

Ian,

I spoke with my supervisor. Although I know this isn't what you hoped to hear, I cannot provide the check stub to you for privacy reasons.

Of course we can always provide what is requested as long as…..

- We have what is requested
- And it matches with the data for verification that you provide.

In this case because the check stub is clearly made out to a different employee, it does not match with what is requested.

I can confirm that the information you provided, both the data given for Identification and the check stub provided does not match with any records we have in our system. Additionally the check stub (voucher number) is clearly the same as the check stub in our system. However, the payee/employee on that check stub is different from the payee/employee who was CORRECTLY paid on that check stub, date and pay amount.

It appears to me that the bottom left section of the Stub (indicating name and address) has been changed. The line spacing on one of our vouchers is very clean and tightly spaced. It looks like someone has altered that check.

I hope this is helpful to you Ian, it was good speaking with you today.

Thank you.



*Shawn Owens - Payroll Division*

*Admin. Services Specialist*

3420 N. Santa Fe - Oklahoma City, OK 73118

(P) 405.917.1020 x.228 (f) 405.972.4777

sowens@partners-hr.com

PLEASE MAKE SURE TO SUBMIT PAYROLL CORRESPONDENCE TO US 48 HOURS BEFORE YOUR SCHEDULED PAY DATE.

GREAT INFORMATION AVAILIBLE AT OUR WEBSITE WWW.PARTNERS-HR.COM > NAVIGATE TO THE FORMS TAB!

SOME HELPFUL FORMS

DIRECT DEPOSIT / 2017 W4 / I-9

[Quoted text hidden]