**Dated: May 11, 2022**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| MICHELA CRUMP, | ) | Case No. 21-12875-SAH |
|         Debtor | ) | Chapter 7 |
| _____ | ) | |
| IAN'S ENTERPRISE, LLC | ) | |
| | ) | |
|         Plaintiff, | ) | |
| vs. | ) | Adv. Pro. 22-1006 |
| | ) | |
| MICHELA CRUMP, | ) | |
| | ) | |
|         Defendant. | ) | |

**JUDGMENT BY DEFAULT**

Before the Court is the *Motion for Default Judgment With Brief In Support and Notice of Opportunity for Hearing* filed by Plaintiff, Ian's Enterprise, LLC (the "Plaintiff") on April 21, 2022 [Doc. 7](the *"Motion"*). Counsel represents that the *Motion* was served on all parties in interest

pursuant to Local Bankruptcy Rule 9013-1 and that the last date for filing objections was May 5, 2022, which has passed with no objections thereto being filed. Therefore, the *Motion* is granted.

On January 21, 2022, Plaintiff filed its *Complaint* seeking a determination that a debt in the amount of $27,354.59, is non-dischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A), (a)(2)(B) and (a)(6). On December 13, 2016, Plaintiff was granted a judgment against Defendant in the case styled as *Ian's Enterprise, LLC v. Michela Crump,* Case No. CJ-2016-4945, District Court of Oklahoma County, State of Oklahoma, for the amount of $18,666.38 plus pre-judgment and post-judgment interest and future costs accruing (the *"State Court Judgment").* The amount owed as of the date of the filing of Defendant's bankruptcy case was $27,354.59. On April 11, 2022, the Clerk of the Bankruptcy Court entered an *Entry of Default* against Defendant pursuant to Federal Rule of Civil Procedure 7055. Plaintiff now seeks an entry of default judgment against Defendant pursuant to Federal Rule of Civil Procedure 55(b).

The Court, having reviewed the pleadings in this adversary proceeding, the Chapter 7 case of Defendant, Case No.21-12875-SAH and the relevant legal authorities, and being fully advised, finds that default judgment should be entered against Defendant as she failed to respond to a validly served Complaint and Plaintiff followed the procedure for obtaining a default. Therefore, this Court finds that Defendant's debt is a non-dischargeable debt pursuant to 11 U.S.C. §§ 523(a)(2)(A), (a)(2)(B) and (a)(6).

Based upon the allegations contained in the *Complaint* and Defendant's failure to answer the *Complaint*, the Court finds the Plaintiff has established its case as a matter of law.

Plaintiff's *Motion* is therefore granted and Defendant's debt to Plaintiff in the amount of $27,354.59, plus all costs and interest pursuant to the *State Court Judgment* is excepted from discharge.

All findings of fact are based upon representations of counsel for Plaintiff.

IT IS SO ORDERED!

###

APPROVED:


/s/ Amanda R. Blackwood
Amanda R. Blackwood, OBA #33839
BLACKWOOD LAW FIRM, PLLC
PO Box 6921
Moore, OK 73153
405.232.6357 -Telephone
405.378.4466 – Facsimile
amanda@blackwoodlawfirm.com – Email
**ATTORNEY FOR PLAINTIFF, IAN'S ENTERPRISE, LLC**

B-22-015