# Notice Recipients

District/Off: 1087–5  User: admin  Date Created: 5/11/2022
Case: 22–01006  Form ID: pdf006  Total: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
ust    Vickie Kaufman
ust    Lendy Heilaman
ust    Katherine Wieland
ust    trustee11
ust    Michele Adams

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla    Ian's Enterprise, LLC    Ian's Enterprise, LLC    9450 SW Gemini Drive    #39525    Beaverton, OR 97008–7105
dft    Michela Crump    439 W Silverwood Dr. Apt. 256    Oklahoma City, OK 73110
aty    Amanda R Blackwood    Blackwood Law Firm, PLLC    PO Box 6921    512 NW 12th Street    Oklahoma City, OK 73103    Moore, OK 73153
smg    Oklahoma Employment Security Commission    PO Box 53039    Oklahoma City, OK 73152–3039
ust    United States Trustee    United States Trustee    215 Dean A. McGee Ave., 4th Floor    Oklahoma City, OK 73102
ust    Charles Glidewell    United States Trustee    215 Dean A. McGee Ave. 4th Fl.    Oklahoma City, OK 73102
ust    Felicia S Turner    215 Dean A. McGee Avenue    Oklahoma City, OK 73102
ust    Test UST    , OK
ust    John McClernon    , OK
ust    Marjorie J. Creasey    DOJ–Ust    Marjorie J Creasey    215 Dean A. McGee Ave.    Room 408    Oklahoma City, OK 73102
ust    James C Harmon    DOJ–Ust    224 S. Boulder, Ste. 225    Tulsa, OK 74103

TOTAL: 11