United States Bankruptcy Court
Western District of Oklahoma

Ian's Enterprise, LLC,
    Plaintiff

Crump,
    Defendant

Adv. Proc. No. 22-01006-SAH

## CERTIFICATE OF NOTICE

District/off: 1087-5      User: admin      Page 1 of 2
Date Rcvd: May 11, 2022      Form ID: pdf006      Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Amanda R Blackwood, Blackwood Law Firm, PLLC, PO Box 6921, 512 NW 12th Street, Oklahoma City, OK 73103 Moore, OK 73103-2407 |
| ust | + | James C Harmon, DOJ-Ust, 224 S. Boulder, Ste. 225, Tulsa, OK 74103-3026 |
| pla | ++ | IAN S ENTERPRISE LLC, 9450 SW GEMINI DR #39525, BEAVERTON OR 97008-7105 address filed with court:, Ian's Enterprise, LLC, Ian's Enterprise, LLC, 9450 SW Gemini Drive, #39525, Beaverton, OR 97008-7105 |
| dft | + | Michela Crump, 439 W Silverwood Dr. Apt. 256, Oklahoma City, OK 73110-3310 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | May 11 2022 21:14:00 | Oklahoma Employment Security Commission, PO Box 53039, Oklahoma City, OK 73152-3039 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | May 11 2022 21:14:00 | Charles Glidewell, United States Trustee, 215 Dean A. McGee Ave. 4th Fl., Oklahoma City, OK 73102-3479 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | May 11 2022 21:14:00 | Felicia S Turner, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102-3440 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | May 11 2022 21:14:00 | Marjorie J. Creasey, DOJ-Ust, Marjorie J Creasey, 215 Dean A. McGee Ave., Room 408, Oklahoma City, OK 73102-3423 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | May 11 2022 21:14:00 | United States Trustee, United States Trustee, 215 Dean A. McGee Ave., 4th Floor, Oklahoma City, OK 73102-3479 |

TOTAL: 5

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | John McClernon |
| ust | | Katherine Wieland |
| ust | | Lendy Heilaman |
| ust | | Michele Adams |
| ust | | Test UST |
| ust | | Vickie Kaufman |
| ust | | trustee11 |

TOTAL: 7 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 1087-5 | User: admin | Page 2 of 2 |
| Date Rcvd: May 11, 2022 | Form ID: pdf006 | Total Noticed: 9 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 13, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander E Hilton, III | on behalf of Debtor Michela Crump AEHiltonlaw@gmail.com  AHiltonlaw@ou.edu |
| Alexander Elias Hilton, II | on behalf of Debtor Michela Crump bklawokc@gmail.com  law.hilton.alex@gmail.com;hiltonar93322@notify.bestcase.com |
| Amanda R Blackwood | on behalf of Plaintiff Ian's Enterprise  LLC amanda@blackwoodlawfirm.com |
| Emily R Coughlin | on behalf of Creditor Auto Advantage Finance  LLC Coughlin@rhfok.com, legal@ecaautogroup.com |
| Susan J. Manchester | susanmanchester@sbcglobal.net  smanchester@ecf.axosfs.com;manchesterlaw@sbcglobal.net |
| United States Trustee | Ustpregion20.oc.ecf@usdoj.gov |

TOTAL: 6

Dated: May 11, 2022

The following is ORDERED:



Sarah A Hall
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| MICHELA CRUMP, | ) | Case No. 21-12875-SAH |
| Debtor | ) | Chapter 7 |
| _____ | ) | |
| IAN'S ENTERPRISE, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adv. Pro. 22-1006 |
| | ) | |
| MICHELA CRUMP, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT BY DEFAULT

Before the Court is the *Motion for Default Judgment With Brief In Support and Notice of Opportunity for Hearing* filed by Plaintiff, Ian's Enterprise, LLC (the "Plaintiff") on April 21, 2022 [Doc. 7](the *"Motion"*). Counsel represents that the *Motion* was served on all parties in interest

B-22-015

pursuant to Local Bankruptcy Rule 9013-1 and that the last date for filing objections was May 5, 2022, which has passed with no objections thereto being filed. Therefore, the *Motion* is granted.

On January 21, 2022, Plaintiff filed its *Complaint* seeking a determination that a debt in the amount of $27,354.59, is non-dischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A), (a)(2)(B) and (a)(6). On December 13, 2016, Plaintiff was granted a judgment against Defendant in the case styled as *Ian's Enterprise, LLC v. Michela Crump,* Case No. CJ-2016-4945, District Court of Oklahoma County, State of Oklahoma, for the amount of $18,666.38 plus pre-judgment and post-judgment interest and future costs accruing (the *"State Court Judgment"*). The amount owed as of the date of the filing of Defendant's bankruptcy case was $27,354.59. On April 11, 2022, the Clerk of the Bankruptcy Court entered an *Entry of Default* against Defendant pursuant to Federal Rule of Civil Procedure 7055. Plaintiff now seeks an entry of default judgment against Defendant pursuant to Federal Rule of Civil Procedure 55(b).

The Court, having reviewed the pleadings in this adversary proceeding, the Chapter 7 case of Defendant, Case No.21-12875-SAH and the relevant legal authorities, and being fully advised, finds that default judgment should be entered against Defendant as she failed to respond to a validly served Complaint and Plaintiff followed the procedure for obtaining a default. Therefore, this Court finds that Defendant's debt is a non-dischargeable debt pursuant to 11 U.S.C. §§ 523(a)(2)(A), (a)(2)(B) and (a)(6).

Based upon the allegations contained in the *Complaint* and Defendant's failure to answer the *Complaint*, the Court finds the Plaintiff has established its case as a matter of law.

Plaintiff's *Motion* is therefore granted and Defendant's debt to Plaintiff in the amount of $27,354.59, plus all costs and interest pursuant to the *State Court Judgment* is excepted from discharge.

All findings of fact are based upon representations of counsel for Plaintiff.

IT IS SO ORDERED!

###

APPROVED:

/s/ Amanda R. Blackwood
Amanda R. Blackwood, OBA #33839
BLACKWOOD LAW FIRM, PLLC
PO Box 6921
Moore, OK 73153
405.232.6357 -Telephone
405.378.4466 – Facsimile
amanda@blackwoodlawfirm.com – Email
**ATTORNEY FOR PLAINTIFF, IAN'S ENTERPRISE, LLC**

3

B-22-015